IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23 CV 3739 |
| v. | ) |
| | ) |
| NATIONAL UNDERGROUND SYSTEMS, INC.; AXS POINTS PARTNERS, LLC; COMCAST OF ILLINOIS I, INC. d/b/a COMCAST; and NORTH SHORE GAS COMPANY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL
AS TO DEFENDANT NORTH SHORE GAS COMPANY ONLY**

NOW COMES Plaintiff, KINSALE INSURANCE COMPANY ("Kinsale"), by and through undersigned counsel of record, and hereby files this Notice of Dismissal as to Defendant North Shore Gas Company Only pursuant to Fed. R. Civ. P. 41(a), as follows:

1. Kinsale filed the above-captioned declaratory judgment action to seek a determination that the insurance policy it issued to National Underground Systems, Inc. ("National"), policy number 0100094499-1, does not provide coverage to National for claims asserted against it in an underlying lawsuit styled *North Shore Gas Company v. National Underground Systems, Inc., et al.*, Case No. 2022 LA 000058, filed in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois (the "*North Shore* Lawsuit");

2. Defendant North Shore Gas Company ("North Shore") was named in this declaratory judgment action as a necessary party so that it may be bound by the Court's judgment in this case.

3. Defendant North Shore has not yet filed an answer or other responsive pleading in this case.

1

4.	Defendant North Shore in order to avoid the costs and expenses of participating in this litigation, has agreed and stipulated to be bound by the judgment entered by the Court herein. *See Stipulation to be Bound* attached as **Exhibit A**.

5.	In light of North Shore's agreement to be bound by any judgment entered in this case, there no longer remains an actual, justiciable dispute between Plaintiff and Defendant North Shore in this matter.

6.	Therefore, Plaintiff agrees to dismiss Defendant North Shore Gas Company only from this action, without prejudice, with each party to bear their own costs.

7.	This voluntary dismissal applies only to Defendant North Shore Gas Company, and does not apply to any claims asserted by Kinsale against any other party.

Dated this 13th day of July, 2023.


By:	___*/s/ Jason M. Taylor*_____
	Attorney for Kinsale Insurance Company

	Dana Rice
	Jason M. Taylor
	TRAUB LIEBERMAN
	STRAUS & SHREWSBERRY, LLP
	71 S. Wacker Dr., Ste. 2110
	Chicago, Illinois 60606
	312.332.3900
	drice@tlsslaw.com
	jtaylor@tlsslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Dismissal as to Defendant North Shore Gas Company was filed electronically this 13th day of July, 2023, with the Court's ECF/CM System, which will provide electronic notice to all parties of record.

                                                                                    /s/ *Jason M. Taylor*
                                                                                    _____