IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23 CV 3739 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| NATIONAL UNDERGROUND ) | |
| SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER ON PLAINTIFF KINSALE INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT

THIS MATTER, having come before the Court on Plaintiff KINSALE INSURANCE COMPANY's ("Kinsale") Motion for Default Judgment Against Defendant NATIONAL UNDERGROUND SYSTEMS, Inc. ("National Underground"), pursuant to Federal Rule of Civil Procedure 55(b); the Court having examined the record and heard argument, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED AND DECLARED:**

1. Plaintiff, Kinsale Insurance Company's Motion for Default Judgment is GRANTED;

2. Defendant National Underground was served on September 13, 2023. Doc. #18 (Affidavit of Service). To date, Defendant National Underground has not appeared or responded to the complaint, and an order of default against National Underground was entered on October 18, 2023, under Federal Rule of Civil Procedure 55(a). Doc.# 22.

3. Plaintiff Kinsale filed its Motion for Default Judgment Against Defendant National Underground on October 27, 2023 (Doc #23), which included a copy of the entry of default and supporting affidavits and exhibits, seeking a declaration that Kinsale has no duty to defend or

indemnify National Underground for an underlying lawsuit styled *North Shore Gas Company v. National Underground Systems, Inc., et al.*, Case No. 2022 LA 000058, filed in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois (the "*North Shore* Lawsuit").

4. After having reviewed Kinsale' Motion for Default Judgment and supporting materials, the Court concludes that the "Classification Limitation Exclusion" of the Kinsale Policy applies to bar coverage for the *North Shore* Lawsuit.

5. Further, the Court finds that the "Underground Facility Exclusion" of the Kinsale Policy also applies to bar coverage for the *North Shore* Lawsuit.

IT IS FURTHER ORDERED that declaratory judgment be entered in favor of Kinsale. The Court finds and declares that Kinsale has and had no duty under the Kinsale Policy to defend or indemnify National Underground in connection with the underlying *North Shore* Lawsuit; and further, that Kinsale has and had no obligation to indemnify, pay, or reimburse National Underground for any defense costs or satisfy or pay any judgment entered against or settlement involving National Underground in that action.

It is hereby ORDERED AND ADJUDGED that this case is DIMISSED.

Dated this 15th day of November, 2023.

_____
Sharon Johnson Coleman
United States District Judge